**April 10, 2006**

Dennis v. Demers
Mary L. Demers
231 Sunnybrook Farm Road
Narragansett, RI 02882
401-783-7404

06 168 ML

**<u>THE COMPLAINT:</u>**

**<u>This COMPLAINT is brought forth against the State of Rhode Island and its agent Jonathan Savage. Jonathan Savage the Receiver for Demers Foodservice of Woonsocket RI, is the agent for the State of Rhode Island in a Receivership proceeding. Dennis and Mary Demers bring forth this complaint for the reason that Jonathan Savage acted in his own best interest to financially reward himself, in the guise of acting as the agent of the Superior Court of the State of Rhode Island. The State of Rhode Island prejudicially allowed Mr. Savage to act in a manner that caused grievous harm to Dennis Demers and Mary Demers</u>**

The 4th Amendment to the US Constitution guarantees the right of citizens of the United States to be secure in their "persons, houses, paper and effects against unreasonable search and seizure". Because of the actions taken by Jonathan Savage as the Court appointed Receiver for J.O.Demers Foodservice of Woonsocket RI, Dennis and Mary Demers have suffered intolerable loss of personal property. The seizure of their property being sanctioned by the Superior Court System of the State of Rhode Island. At this time Jonathan Savage hold $200,000 of Mary Demers money that was held as collateral for a bid.

**Mary & Dennis Demers sought the protection and guidance of the Rhode Island Court system when faced with serious illness and financial catastrophic events.** They put their trust into the legal system for protection. At this time Dennis and Mary Demers have lossed the benefit of income, the loss of 50% of a business, and have a lien imposed on their property of $387,000. These losses were caused by the actions of Jonathan Savage.

Mary Demers placed $200,000 in the hands of the RI Court appointed Receiver to bid on a business that Dennis Demers put into Receivership after suffering a near fatal Stroke. The actions of Jonathan Savage representing the State of Rhode Island have caused great personal harm to both these citizens of the United States. We ask the United Sates District Court to recognize the violation of our personal liberty and bring reasonableness and justice into this matter.

**Background:**

On January 14, 2005 Dennis and Mary Demers went to the law offices of Preston Halperin to change attorneys at that time they met Jonathan Savage. Mr. Savage outlined how a

Receivership he controlled would work out to benefit Dennis Demers (who was 4 weeks from a Stroke) and not able to speak properly. Mr. Savage's famous words to the Demers was "you can trust me my wife is a Judge". Based on the Demers trust in the RI Court system the Demers agreed to Receivership. One month after meeting Jonathan Savage was appointed by Judge Proaccinini at the request of Ted Orson, the attorney that Mr. Savage arranged for the Demers.

Please find documents attached that will clarify the fact that Mr. Savage when appointed as the Receiver used his position to further his own personal wealth and obstructed Dennis Demers from access to his property through lies and innuendos. Mr. Savage lied to Judge Procaccinni, Judge Fortunato, and Supreme Court Justice Weisbuger . Mr. Savage's financial compensation for 13 months of this receivership exceeds $400,000.

The issues at Demers Foodservice of embezzlement and insurance fraud were never dealt with. Dennis Demers and one employees in separate depositions testified about massive amounts of cash being removed from J.O. Demers Foodservice business at the same time Dennis Demers was physically obstructed by order of the Superior Court from entering the premises.

Employee Michelle DiMaio under oath, in front of Judge Procacinni told the Court that Jonathan Savage was aware of the embezzlement and did nothing about it , he continued to bar Dennis Demers from his property and repeatedly lied to Judges. Ms. DiMaio stated this under oath. Employees Richard Turcotte went to Mr. Savage's office with Ms. DiMaio to ask him to stop the stealing. Mr. Savage did nothing about it.

**The manipulation of the RI legal system by Mr. Savage is a tragic chapter in the history of the legal system in this country. I ask the US District Court for help in this matter. Dennis Demers and Mary Demers have been denied life, liberty, and the pursuit of happiness.**

## Action:

1) **Action requested:** is a Stay on any attempt by Mr. Savage to release the $200,000 of Mary Demers money being held at this time in the Receivers accounts. 2) **Action requested:** Is a full and complete investigation of the circumstance surrounding this Receivership. 3) **Action requested:** a full financial accounting of the books of J.O. Demers Foodservices of Woonsocket RI. 4) **Action requested:** Review of the transcripts of Dennis Demers Deposition, Mary Ann Cote's Deposition as well as the transcripts of Michelle DiMaio and Richard Turcotte heard before Judge Fortunato. 5) **Action requested:** A complete investigation as to the inappropriate conduct of Mr. Jonathan Savage acting as the Receiver for J.O. Demers Foodservice of Woonsocket RI. To include the false statements (lies) made to Supreme Court Justice Weisberger (Emeritus) by Mr. Savage that the mortgage to this company was in arrears prior to the receivership and that the police were called to this business 37 times in months before the receivership was put into place.

Signed as a factual and truthful account of the violation of the Constitutional Rights
Of
Mary Demers & Dennis Demers representing (ProSe)
April 10, 2006

Mary Demers
Dennis Demers