**US District Court**
**District of Rhode Island**
**Civil Docket for Case #1:06-cv-00168-Ml-LDA** **April 18, 2006**

**Amendment to**
Demers et al vs. State of Rhode Island et al

**Plaintiff**
Dennis V. Demers represented by Dennis V. Demers
231 Sunnybrook farm Road
Narragansett RI 02882 US
783-7404 Pro Se

**Plaintiff**
Mary L. Demers represented by Mary L. Demers
231 Sunnybrook Farm Road
Narragansett, RI 02882
783-7404 Pro Se

V.

**Defendant**
State of Rhode Island

**Defendant**
Jonathan Savage
*Receiver for Demers Foodservice*

**Amendment to Complaint**

Dennis & Mary Demers wish to amend the above mentioned complaint filed in US. District Court on 4/10/06. Civil Docket Case # 1:06-cv-00168-ML-LLDA

Dennis Demers and Mary Demers wish to amend the action requested of a "Stay on any attempt by Mr. Savage to release $200,000 of Mary Demers money being held at this time in the Receivers Accounts". Dennis & Mary Demers wish to remove that statement from the original complaint. Without prejudice.

Dennis Demers as a 50% shareholder of this corporation will seek damages for Mr. Savages conduct in this receivership, for failing to properly follow his fiduciary duties as the Receiver for the State of RI, to this corporation. See attached.

Dennis and Mary Demers will also seek damages for the value of the business, real property, and income that was "taken" in this Receivership proceeding by actions harmful to the Demers by Mr. Savage.

Dennis & Mary Demers seek to inform the US District Court in Demers et al v. State of Rhode Island et al, that both Dennis and Mary Demers have significant health issues that may require accommodation from the Court. Mr. Demers had a TIA Stroke & Afibrillation on Dec1, 2004 he spent 5 days in Intensive Care. He has been transported by ambulance two times in 2005 for complications related to Stroke and Atrial fibrillation. He has been hospitalized on both occasions. He suffers from residual speech deficits. Mary Demers has transient severe hyper-tension that does not respond well to medication. HBP at times of 210/100 brought about from stress. Mrs. Demers also has resistant H Pylori and is on broad spectrum antibiotics. Both Mr. Dennis Demers and Mary Demers do not suffer from mental diminished capacity as a result of these illnesses, but may require accommodation for physical deficits during proceedings.

---

Dennis V. Demers

Dennis V. Demers
4-18-06

Mary L. Demers

Mary L. Demers 4-18-06

4-18-06

I, hereby certify that I have served this amended copy to the Defendant State of Rhode Island and Jonathan Savage as their agent.

Mary L. Demers