440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Dennis & Mary Demers

**SUMMONS IN A CIVIL CASE**

V.

[redacted] 06 168ML

State of RI
Superior Court / ~~Supreme~~
+ their Agent Jonathan Savage
As the Reciever for J.O. Demers Foodservice
Woonsocket RI

CASE NUMBER:

TO: (Name and address of Defendant)

State of RI - State Attorney General
250 South Main St
Providence RI

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

n answer to the complaint which is served on you with this summons, within 20 days after service f this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you or the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

4-10-06

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4-13-06 |
| NAME OF SERVER (PRINT) Edwin J Dempsey Jr | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served Dept of Attorney Genl for the State of Rhode Island

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45 | TOTAL 45 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-13-06
Date

[signature]
Signature of Server

56 Hunters Run N. Prov RI
Address of Server

X [signature]
Assistant Attorney General
for State of Rhode Island

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.