May 1, 2006

District of Rhode Island
Civil Docket for Case #1:06-cv-00168-MI-LDA

**MOTION To Compel**
**REQUEST PRODUCTION OF DOCUMENTS, ETC.,**

Demers et al vs. State of Rhode Island et al

Plaintiff
– Pro Se
**Dennis V. Demers**
**Pro Se**

represented by **Dennis V. Demers**

**231 Sunnybrook Farm Road**
**Narragansett, RI 02882 US**
**401-783-7404**

Plaintiff
**Mary L. Demers**
**Pro Se**
**Pro Se**

represented by **Mary L. Demers -**

**231 Sunnybrook Farm Road**
**Narragansett, RI 02882 US**
**401-783-7404**

V.

Defendant
**State of Rhode Island**

Defendant
**Jonathan Savage**

Plaintiffs Dennis V. Demers & Mary L. Demers hereby requests defendants State of Rhode Island and its Agent, Jonathan Savage Receiver for (J. O. Demers Foodservice aka Demers Food Service)
(1) To produce and permit plaintiff to inspect and to copy each of the following Documents:
2) To produce and permit plaintiff to inspect and to copy, test, or sample each of the Following objects:

- **All Financial Records of J.O. Demers Food Service in the Custody of Jonathan Savage as the Receiver of J.O. Demers Foodservice of Woonsocket RI. Beginning on February 11, 2005.**
- **All Financial Records of J.O. Demers Food Service in the Custody of Jonathan Savage as the Receiver of J.O. Demers Foodservice of Woonsocket RI.**
- **Copy of loan agreement for $50,000 between Henry Demers and Jonathan Savage and/or the J.O. Demers Receivership Estate for the loan Henry Demers was allowed to make to the Receivership.**
- All Court documents in the **Custody of Jonathan Savage** as the Receiver of J.O. Demers

Foodservice of Woonsocket RI.

- All IRS Tax Forms completed, or in preparation for completion **in the Custody of Jonathan Savage** for J.O. Demers Food Service for 2004 & 2005, as the Receiver of J.O. Demers Foodservice of Woonsocket RI.
- All RI Tax Forms completed, or in preparation for completion **in the Custody of Jonathan Savage** for J.O. Demers Food Service for 2004 & 2005, as the Receiver of J.O. Demers Foodservice of Woonsocket RI.
- All payroll records for 2004, 2005 & 2006 that are **in the custody of Jonathan Savage** the Receiver for J.O. Demers Food Service for J.O. Demers Foodservice of Woonsocket RI.
- All records of physical inventories taken in 2004, 2005 , and 2006 at J.O. Demers Food Service
- All interim financial statements for J. O. Demers Food Service of Woonsocket RI from 2004, 2005 & 2006 to date.
- All final financial statements for J. O. Demers Food Service of Woonsocket RI from 2004, 2005 & 2006 to date.
- All bills for corporate Attorney Peter Furness presented to Demers Foodservice for 2004 & 2005 & 2006 for payment of legal services
- Any and all legal bills presented for services of Larry Goldberg paid from the corporate checking account of J.O. Demers Foodservice of Woonsocket RI.
- All copies of correspondence in the file for J.O. Demers Food Service that are **in the custody of Jonathan Savage** the Receiver for J.O. Demers Food Service for 2004, 2005 & 2006
- All vendor bills presented against the corporate checking account for payment in 2004, 2005 and until the end of the Receivership from Jonathan Savage the Receiver of J.O. Demers Foodservice of Woonsocket RI.
- All copies of correspondences between John Brough of Di Santo & Priest and Jonathan Savage as the Receiver of J.O. Demers Foodservice of Woonsocket RI.
- All copies of correspondences between Peter Chattlier, Accountant for Demers Foodservice and Jonathan Savage as the Receiver of J.O. Demers Foodservice of Woonsocket RI.
- All copies of correspondence between Henry Demers & James Demers Jr. to Jonathan Savage as the Receiver of J.O. Demers Foodservice of Woonsocket RI.
- All copies of correspondence between Jonathan Savage and UPS Capitol and/or Christopher Ursini of UPS Capital
- All copies of correspondence between Jonathan Savage and Ron Palumbo as Accountant for James Demers Jr.
- All copies of correspondence between Attorney Larry Goldberg as Attorney for Henry Demers and Jonathan Savage as the Receiver of J.O. Demers Foodservice of Woonsocket RI.
- All copies of correspondence between Vincent Indeglia Attorney for James Demers Jr.and Jonathan Savage as the Receiver of J.O. Demers Foodservice of Woonsocket RI.
- All telephone logs for J.O. Demers Food Service beginning on December 1, 2004 and continuing on until the present.
- All logs of the Recover physical presence at J.O. Demers Food Service company during the time of the receivership
- All mileage records for the Receiver for J.O. Demers for trips to the company.
- All Bank statements of J.O. Demers Food Service beginning on December 1, 2004 and continuing on until the present.

- **Any and all records available for review from Jonathan Savage as the Receiver for J.O. Demers Foodservice of Woonsocket RI.that are available as public records in this Receivership under Title 38 of Rhode Island General Laws "PUBLIC RECORDS - Chapter 38-2 Access to Public Records"**

Dennis & Mary Demers wished to inspect all documents as soon as possible to prevent the integrity of the documents from being diminished. The Demers will make reasonable accommodations accordingly. Dennis and Mary Demers request Receiver Jonathan Savage, have the records available at a time and place of his choosing, within reason. The Demers can be available at either Mr. Savages office or at their home at 231 Sunnybrook Farm Road, Narragansett RI. 02882 401-783-7404

Bearing in mind the hardship that has been created because of these receivership proceedings, the Demers family states that **TIME IS OF THE ESSENCE** in this matter.

Dennis V. Demers Mary L Demers

I hereby certify that on this 1 day of May, 2006, I mailed a copy of the above Notice for Request for Production of Documents by
Regular first class U.S. mail, postage pre-paid on the 1 day of May, 2006 addressed to: Mary L Demers
The defendants at

(Signature of Mary L Demers