AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Dennis Demers & Mary Demers

v.

State & Jonathan Savage

**APPEARANCE**

CASE NUMBER: 06-168 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

State of RI

I certify that I am admitted to practice in this court.

5/8/06
*Date*

[signature]
*Signature*

LAURA MARASCO 6678
*Print Name* *Bar Number*

150 South Main St
*Address*

Providence RI 02903
*City* *State* *Zip Code*

274.4400 ~~[illegible]~~, 2297
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.