AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Dennis V. Demers, and
Mary L. Demers

APPEARANCE 06-168ML

v.

State of Rhode Island and
Jonathan Savage

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

State of RI

I certify that I am admitted to practice in this court.

5-8-06
*Date*

Richard B. Woolley Asst AG.
*Signature*

RICHARD B. WOOLLEY 1452
*Print Name* *Bar Number*

150 South MAIN St
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401 274 4400 x2293 222-2995
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.