**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Dennis V. Demers, and<br>Mary L. Demers | : | |
| vs. | : | C.A. No.: 06-168ML |
| STATE OF RHODE ISLAND AND<br>JONATHAN SAVAGE | : | |

**DEFENDANT STATE OF RHODE ISLAND'S OBJECTION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant State of Rhode Island hereby objects to Plaintiffs' Motion to Compel Production of Documents. For the reasons set forth in the accompanying memorandum, Defendant State of Rhode Island prays that the motion is denied.

Respectfully submitted,

STATE OF RHODE ISLAND
By Its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Laura A. Marasco, Bar No. 6678
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Tel. (401) 274-4400 Ext. 2297

**CERTIFICATION**

I, the undersigned hereby certify that I hand delivered a copy of the document, postage prepaid on this 8th day of May, 2006 to those indicated below:

Dennis V. Demers
231 Sunnybrook Farm
Narragansett, RI 02882

Mary L. Demers
231 Sunnybrook Farm
Narragansett, RI 02882

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Dennis V. Demers, and<br>Mary L. Demers | : | |
| vs. | : | C.A. No.: 06-168ML |
| STATE OF RHODE ISLAND AND<br>JONATHAN SAVAGE | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT STATE OF RHODE ISLAND'S OBJECTION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant, State of Rhode Island hereby objects to Plaintiffs' Motion to Compel Production of Documents. Rule 37(a) of the Federal Rules of Civil Procedure allows a party to apply for an order compelling the production of documents when "a party, in response to a request for inspection submitted under Rule 34, fails to respond." Plaintiffs have not served this Defendant a request for production of documents. Therefore, Plaintiffs' Motion to Compel is invalid. An obvious prerequisite before a moving party can file a Motion to Compel is that a Request for Production of Documents be made to a party. Then, the answering party has thirty (30) days to respond to the request. In the case at hand, the moving party, Plaintiff, never submitted a Request for Production of Documents to Defendant. Defendant did not have thirty (30) days to respond to this request. Furthermore, even if Plaintiffs' had served on this Defendant a request for production under Rule 34 "a request may not be served before the time specified in Rule

26(d)." Rule 26(d) forbids discovery before the parties have met as required by Rule 26(f), which has not occurred.

For all of the above reasons, the instant Motion should be denied.

Respectfully submitted,

STATE OF RHODE ISLAND
By Its Attorney

PATRICK C. LYNCH
ATTORNEY GENERAL

Laura A. Marasco, Bar No. 6678
Special Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Tel. (401) 274-4400 Ext. 2297

**CERTIFICATION**

I, the undersigned hereby certify that I hand delivered a copy of the document, postage prepaid on this 8th day of May, 2006 to those indicated below:

____________________________

Dennis V. Demers
231 Sunnybrook Farm
Narragansett, RI 02882

Mary L. Demers
231 Sunnybrook Farm
Narragansett, RI 02882