UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENNIS V. DEMERS | | |
| MARY L. DEMERS | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No.06-168-ML |
| | | : |
| STATE OF RHODE ISLAND | : | |
| JONATHAN SAVAGE, RECEIVER FOR | : | |
| DEMERS FOODSERVICE | : | |
| Defendant | : | |

**DEFENDANT, JONATHAN N. SAVAGE, RECEIVER FOR J.O. DEMERS BEEF, INC.'S, OBJECTION TO MOTION TO COMPEL REQUEST FOR PRODUCTION OF DOCUMENTS, ETC.**

Defendant Jonathan N. Savage, Receiver of J.O. Demers Beef, Inc. ("Receiver"), hereby objects to Plaintiff's Motion to Compel Request for Production of Documents, Etc.

Receiver respectfully represents that he has filed a Motion to Dismiss this action for lack of Subject Matter Jurisdiction, a copy of which is attached hereto.

In the event the action is not dismissed, Defendant will file a formal opposition to the Motion to Compel Request for Production of Documents, Etc., within 10 days of the denial of the Motion to Dismiss.

Respectfully submitted,

JONATHAN N. SAVAGE, Receiver
for J.O. DEMERS BEEF, INC.

By his attorneys,

Virginia Spaziano, Esq. (#5020)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

May 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the forgoing Defendant, Jonathan N. Savage, Receiver for Demers Beef Inc.'s, Objection to Motion to Compel Request for Production of Documents, Etc., to be delivered, via first class mail, postage prepaid, to Dennis V. Demers, 231 Sunnybrook Farm Road, Narragansett, RI 02882 and Mary L. Demers, 231 Sunnybrook Farm Road, Narragansett, RI 02882 on this 8th day of May, 2006.

Julie A. Zaccagnini