UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS V. DEMERS
MARY L. DEMERS :
Plaintiff :
:
v. : C.A. No.06-168-ML
:
STATE OF RHODE ISLAND :
JONATHAN SAVAGE, RECEIVER FOR :
DEMERS FOODSERVICE :
Defendant :

**DEFENDANT, JONATHAN N. SAVAGE, RECEIVER FOR J.O. DEMERS BEEF, INC.'S, OBJECTION TO MOTION OF DENNIS & MARY DEMERS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST STATE OF RHODE ISLAND & JONATHAN SAVAGE, AS ITS AGENT THE RECEIVER FOR J.O.DEMERS BEEF, INC aka DEMERS FOODSERVICE**

Defendant Jonathan N. Savage, Receiver of J.O. Demers Beef, Inc. ("Receiver"), hereby objects to Plaintiff's Motion of Dennis & Mary Demers for Temporary Restraining Order and Preliminary Injunction Against State of Rhode Island & Jonathan Savage, as its Agent The Receiver for J.O. Demers Beef, Inc., aka Demers Foodservice.

Receiver respectfully represents that he has filed a Motion to Dismiss this action for lack of Subject Matter Jurisdiction, a copy of which is attached hereto.

In the event the action is not dismissed, Defendant will file a formal opposition to the Motion of Dennis & Mary Demers for Temporary Restraining Order and Preliminary Injunction Against State of Rhode Island & Jonathan Savage, as its Agent The Receiver for J.O. Demers Beef, Inc., aka Demers Foodservice, within 10 days of the denial of the Motion to Dismiss.

Respectfully submitted,

JONATHAN N. SAVAGE, Receiver
for J.O. DEMERS BEEF, INC.

By his attorneys,

Virginia Spaziano, Esq. (#5020)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

May 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the forgoing Defendant, Jonathan N. Savage, Receiver for J.O. Demers Beef Inc.'s, Motion of Dennis & Mary Demers for Temporary Restraining Order and Preliminary Injunction Against State of Rhode Island & Jonathan Savage, as its Agent The Receiver for J.O. Demers Beef, Inc., aka Demers Foodservice, to be delivered, via first class mail, postage prepaid, to Dennis V. Demers, 231 Sunnybrook Farm Road, Narragansett, RI 02882 and Mary L. Demers, 231 Sunnybrook Farm Road, Narragansett, RI 02882 on this 8th day of May, 2006.

Julie A. Zaccagnini