UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENNIS V. DEMERS<br>MARY L. DEMERS<br>Plaintiff | : | |
| v. | : | C.A. No.06-168-ML |
| STATE OF RHODE ISLAND<br>JONATHAN SAVAGE, RECEIVER FOR<br>DEMERS FOODSERVICE<br>Defendant | : | |

**MOTION TO DISMISS**
**OF**
**DEFENDANT, JONATHAN SAVAGE,**
**RECEIVER FOR J.O. DEMERS BEEF, INC.**

Defendant JONATHAN SAVAGE, RECEIVER FOR J.O. DEMERS BEEF, INC. ("the Receiver"), pursuant to Federal Rule of Civil Procedure 12(b)(1), hereby moves this Court to dismiss this action in its entirety for lack of subject matter jurisdiction. The Receiver seeks dismissal on the grounds that a suit against a receiver for acts performed in the receiver's official capacity is barred unless and until leave of the court by which the receiver was appointed has first been obtained. As set forth in the Receiver's accompanying memorandum and affidavit, the Plaintiffs in this action have not obtained, nor even sought, leave of the Providence Superior Court, which appointed the Receiver, and in accordance with Rule 12(h)(3), this action must therefore be dismissed.

In the event this action is not dismissed pursuant to this Motion, the Receiver hereby requests that he be given ten days from the date of entry of the Court's ruling on the Motion to Dismiss to file formal objections to the motions filed by the Plaintiffs in this matter.

Respectfully submitted,

JONATHAN SAVAGE, RECEIVER FOR

J.O. DEMERS BEEF, INC.

By his Attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

Virginia Spaziano, RI Bar No. 5020
Preston W. Halperin, RI Bar No. 5555
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Dated: May 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing Motion to be served by first class mail, postage prepaid, upon plaintiffs Dennis Demers and Mary Demers, by mailing same to them at 231 Sunnybrook Farm Road, Narragansett, RI on May 8, 2006.