UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS V. DEMERS
MARY L. DEMERS :
Plaintiff :
:
v. : C.A. No.06-168-ML
:
STATE OF RHODE ISLAND :
JONATHAN SAVAGE, RECEIVER FOR :
DEMERS FOODSERVICE :
Defendant :

AFFIDAVIT OF JONATHAN N. SAVAGE

I, Jonathan N. Savage, upon oath, depose and state as follows:

1. On or about February 11, 2005, Dennis Demers, a 50% shareholder in J.O. Demers Beef, Inc. ("Demers Beef"), a food supply business located at 171 St. Augustine Street, Woonsocket, Rhode Island, filed a Verified Petition in the Superior Court for the State of Rhode Island at Providence County (the "Superior Court") in an action docketed as Dennis Demers vs. J.O. Demers Beef, Inc., P.C. No. 05-0703, (the "Receivership Action") seeking the appointment of a receiver for Demers Beef. (Copy of Verified Petition is attached as Exhibit "A").

2. By Order dated February 11, 2005, the Superior Court appointed me as Temporary Receiver of Demers Beef. (Copy of Order attached as Exhibit "B").

3. Immediately thereafter, in my capacity as Temporary Receiver, I took possession and control of the assets of Demers Beef.

4. By Order dated March 7, 2005, I was appointed as Permanent Receiver of Demers Beef by the Superior Court. (Copy of Order attached as Exhibit "C").

5. From and after March 7, 2005, in my capacity as Receiver, I continued the operations of the business for the purpose of preserving and maintaining the assets to allow for an orderly sale or liquidation thereof.

6. The business assets of Demers Beef were sold by the Receiver on March 13, 2006 pursuant to the Order of the Rhode Island Supreme Court dated March 6, 2006. (Copy of Order attached as Exhibit "D").

7. As of the date hereof, the Receivership Action remains pending in the Superior Court.

8. The Plaintiffs have neither sought nor obtained leave of the Superior Court to bring an action against the Receiver in any other court.

9. As to any statements made upon information and belief, I believe these statements to be true.

Jonathan N. Savage, Esq.
Receiver for J.O. Demers Beef, Inc.

State of Rhode Island
County of Providence

Then personally appeared before me Jonathan N. Savage, and known to me to be the person executing the foregoing Affidavit, swore under oath that to the best of his knowledge and belief the foregoing was true and accurate.

NOTARY PUBLIC
My commission expires:

Dated: May 3, 2006

ELEANOR J. OLESEN
NOTARY PUBLIC OF RHODE ISLAND
MY COMMISSION EXPIRES 10/13/09