SUPREME COURT
No. 06-36-M.P.

DENNIS DEMERS, ET AL

VS

J.O. DEMERS BEEF, INC.

ORDER

This case came on for conference before the Duty Justice on March 6, 2006 on Dennis Demers and Kalijo, Inc.'s Motion for Stay of March 1, 2006 Order and for Order Instructing the Receiver to proceed with Closing. After lengthy discussion of the issues with counsel, the Duty Justice directs that the following Order shall enter:

1. Pursuant to the prior Order of this Court entered on February 16, 2006, the Receiver is fully authorized and empowered to convey the assets of J.O. Demers Beef, Inc. to Kalijo, Inc. in accordance with the January 20, 2006 Order entered in the Superior Court receivership action (the "Receivership Order"), and in the event that Kalijo, Inc. fails, for any reason, to close on the purchase of the assets by 5:00 p.m. on Thursday, March 9, 2006, to convey the assets of J.O. Demers Beef, Inc. to J.O.D. Food Acquisition Services, Inc. in accordance with the terms of the Receivership Order, with a closing to take place on Monday, March 13, 2006.

2. Kalijo, Inc. shall tender to the Receiver an additional deposit of $150,000 by 5:00 p.m. on Monday, March 6, 2006, which shall be credited, together with the initial $50,000 deposit, against the purchase price at time of closing. The entire deposit of $200,000 shall be forfeited if Kalijo, Inc. fails to close.

ENTERED as an Order of this Court this 6th day of March, 2006.

By Order:

Michael A. [signature]
Clerk

RECEIVED
MAR - 8 2006
BY: