UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENNIS V. DEMERS and<br>MARY L. DEMERS | : | |
| v. | : | C.A. No. 06-168ML |
| STATE OF RHODE ISLAND, et al. | : | |

**MEMORANDUM AND ORDER**

Plaintiffs filed this action on April 10, 2006. Both Defendants have moved to dismiss asserting lack of subject matter jurisdiction in this Court. Presently before the Court for determination is Plaintiffs' Motion to Compel Production of Documents (Document No. 6) filed on May 1, 2006. After reviewing Plaintiffs' Motion and Defendants' Oppositions, the Court has determined that no hearing is necessary. For the reasons set forth below, Plaintiffs' Motion is DENIED.

Rule 37(a)(2)(B), Fed. R. Civ. P., provides a mechanism for a party to obtain discovery when another party has been served with a discovery request and fails to respond. Under Rule 34(b), Fed. R. Civ. P., a party may serve a request for production of documents on another party who must respond in writing within thirty (30) days after the request is served.

In this case, Plaintiffs do not indicate that they ever served a Fed. R. Civ. P. 34 Request for Production of Documents on Defendants. Even if they had, Plaintiffs' Motion must be premature because it was filed less than thirty (30) days after the date this action was initiated. Further, the discovery request itself would have been premature as Fed. R. Civ. P. 26(d) provides that discovery may not be sought until after the parties have conferred as required by Fed. R. Civ. P. 26(f). This

case is in its early stages and Defendant State of Rhode Island represents that no such conference has taken place.

Finally, Plaintiffs' Motion does not comply with this Court's Local Rules which require that a Motion to Compel identify the discovery request made, the response received from the other party and the reasons why the response is inadequate. LR Cv 37(a). Since Plaintiffs have not served any discovery requests on Defendants, they have no grounds to move to compel at this time. In their Motion, Plaintiffs express concern that delay may diminish the integrity of the documents. Plaintiffs' Motion puts Defendants on notice as to the documents which are sought by Plaintiffs, and, to the extent such documents are in existence and in Defendants' care, custody or control, Defendants are ordered to retain and not to destroy or alter any such documents.

For the foregoing reasons, Plaintiffs' Motion to Compel (Document No. 6) is DENIED.

LINCOLN D. ALMOND
United States Magistrate Judge
May 11, 2006