UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DENNIS V. DEMERS AND
MARY L. DEMERS

v. CA 06-168

STATE OF RHODE ISLAND and
JONATHAN SAVAGE

MEMORANDUM AND ORDER

This matter is before the Court on motions to dismiss filed by Defendants State of Rhode Island and Jonathan Savage. Plaintiffs have not filed a response to the motions to dismiss. Instead, Plaintiffs have filed a "Motion for Transfer."

Both Defendants move for dismissal under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and under Fed. R. Civ. P. 12(b)(6) for failure to state a claim. It is clear from a review of the pleadings that this Court does not have subject matter jurisdiction over Plaintiffs' asserted claims. Accordingly, the motions to dismiss are GRANTED. In view of the Court's ruling on the motions to dismiss, Plaintiffs' motion to transfer is moot.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
May 31, 2006