# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**DENNIS V. DEMERS and**
**MARY L. DEMERS**

**VS.** **CA 06-168ML**

**STATE OF RHODE ISLAND**
**and JONATHAN SAVAGE**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgement shall enter for the defendants, State of Rhode Island and Jonathan Savage, against the plaintiffs, Dennis V. Demers and Mary L. Demers, pursuant to the Memorandum and Order of this date GRANTING the defendants' Motions to Dismiss.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: May 31, 2006