UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DENNIS V. DEMERS :
MARY L. DEMERS :
Plaintiff :
:
v. : C.A. No.06-168-ML
:
STATE OF RHODE ISLAND :
JONATHAN SAVAGE, RECEIVER FOR :
DEMERS FOODSERVICE :
Defendant :

**DEFENDANT, JONATHAN N. SAVAGE, RECEIVER FOR J.O. DEMERS BEEF, INC.'S, OBJECTION TO "MOTION OF DENNIS & MARY DEMERS FOR TRANSFER OF CASE FROM US FEDERAL DISTRICT COURT TO THE STATE OF RHODE ISLAND SUPERIOR COURT**

Defendant Jonathan N. Savage, Receiver of J.O. Demers Beef, Inc. ("Receiver"), hereby objects to the Motion of Dennis & Mary Demers for Transfer of Case from U.S. Federal District Court to the State of Rhode Island Superior Court.

Receiver respectfully suggests that this court's authority to transfer an action to cure want of jurisdiction, as provided in 28 U.S.C.A. §1631, is limited to transfer of actions to other courts within the federal system, and only when necessary to serve the interests of justice. As the Receiver has noted in its Motion to Dismiss currently pending before this Court, this Court lacks subject matter jurisdiction over the action brought by the Plaintiffs, and dismissal of the action is required.

Respectfully submitted,

JONATHAN N. SAVAGE, Receiver
for J.O. DEMERS BEEF, INC.

By his attorneys,

Virginia Spaziano, Esq. (#5020)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

May 31, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing Opposition of the Defendant, Jonathan N. Savage, Receiver for J.O. Demers Beef Inc.'s, to the Motion of Dennis & Mary Demers for Transfer of Case to be delivered, via first class mail, postage prepaid, to Dennis V. Demers, 231 Sunnybrook Farm Road, Narragansett, RI 02882; to Mary L. Demers, 231 Sunnybrook Farm Road, Narragansett, RI 02882 and to Laura Marasco, Esquire, Office of the R.I. Attorney General, 150 South Main Street, Providence, RI 02903 on this 31 day of May, 2006.

Julie Zaccagnini